IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

FREDERICK J. SCHMIDT,
#D84769
     Plaintiff,

vs.                                3:07cv169/LAC/MD

DANNY GLIDWELL, et al.,
     Defendants.

_____

## REPORT AND RECOMMENDATION

The plaintiff initiated this case through the filing of a civil rights complaint dated April 11, 2007.  The court's order of May 14, 2007 directing the plaintiff to file a complete application to proceed *in forma pauperis* and an amended complaint was returned as undeliverable.  Although plaintiff failed to file a notice of change of address, the court ascertained that plaintiff had been transferred to the custody of the Florida Department of Corrections.  The court therefore entered an order on May 22, 2007 directing the plaintiff, if he wished to proceed with this action, to file an amended complaint and motion to proceed *in forma pauperis* within thirty days from the date of that order.  He was advised that failure to comply with the order would result in a recommendation that the case be dismissed without prejudice. To date, plaintiff has filed nothing and the court's May 22 order has not been returned as undeliverable.  The court has verified that although plaintiff remains in the custody of the Department of Corrections, he has been transferred to Century Correctional Institution.  Again, although plaintiff has been in DOC custody since May 16, 2007, he has filed nothing with the court indicating an intent to proceed with the above-styled cause.

Accordingly it is ORDERED:

The clerk shall send a copy of this recommendation to the plaintiff with DOC number D84769, to the plaintiff at Century Correctional Institution, 400 Tedder Rd., Century, FL 32535.  The clerk shall also amend the docket to reflect this new information.


And it is respectfully RECOMMENDED:

This case be dismissed without prejudice for plaintiff's failure to prosecute this action.


At Pensacola, Florida this 10th day of July, 2007.



/s/ *Miles Davis*
    **MILES DAVIS**
    **UNITED STATES MAGISTRATE JUDGE**