IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

FREDERICK J. SCHMIDT,
#D84769
 Plaintiff,

vs.            CASE NO.: 3:07cv169/LAC/MD

DANNY GLIDWELL, et al.,
 Defendants.

## O R D E R

  This cause comes on for consideration upon the magistrate judge's report and recommendation dated July 10, 2007. The plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

  Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

  Accordingly, it is now ORDERED as follows:

  1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

  2. This case is dismissed without prejudice for plaintiff's failure to prosecute this action.

  DONE AND ORDERED this 15th day of August, 2007.

            *s/L.A. Collier*
            LACEY A. COLLIER
            SENIOR UNITED STATES DISTRICT JUDGE